IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cmdr. Herbert Hugh Thomas a/k/a/
Toby Keith,

      Plaintiff

v.

The State of Ohio, *et al.*,

      Defendants

Civil Action 2:12–cv–271

Judge Watson

Magistrate Judge Abel

### ORDER

Plaintiff Commander Herbert Hugh Thomas brings this action under 5 U.S.C. § 552a.  On April 27, 2012, Magistrate Judge Abel entered an Initial Screening Report and Recommendation recommending Plaintiff's complaint be dismissed, ECF No. 7.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court."  Report and Recommendation 4, ECF No. 7.

The time period for filing objections to the Report and Recommendation has expired.  Plaintiff has not objected to the Report and Recommendation.  Accordingly, the Court **ADOPTS** the Report and Recommendation and **DISMISSES** the complaint for failure to state a claim upon which relief can be granted.

                                                               */s/ Michael H. Watson*
                                                               **MICHAEL H. WATSON**
                                                               **UNITED STATES DISTRICT JUDGE**