**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Cmdr. Herbert Hugh Thomas a/k/a/
Toby Keith,

        Plaintiff

  v.

The State of Ohio, *et al.*,

        Defendants

Civil Action 2:12–cv–271

Judge Watson

Magistrate Judge Abel

## ORDER

Plaintiff Commander Herbert Hugh Thomas brings this action under 5 U.S.C. §

552a.  On April 27, 2012, Magistrate Judge Abel entered an Initial Screening Report

and Recommendation recommending Plaintiff's complaint be dismissed, ECF No. 7.

The Report and Recommendation of the Magistrate Judge specifically advises

parties that the failure to object to the Report and Recommendation within fourteen

days of the Report results in a "waiver of the right to *de novo* review . . . by the District

Judge and waiver of the right to appeal the judgment of the District Court."  Report and

Recommendation 4, ECF No. 7.

The time period for filing objections to the Report and Recommendation has

expired.  Plaintiff has not objected to the Report and Recommendation.  Accordingly,

the Court **ADOPTS** the Report and Recommendation and **DISMISSES** the complaint

for failure to state a claim upon which relief can be granted.

                                  _____
                                  **MICHAEL H. WATSON**
                                  **UNITED STATES DISTRICT JUDGE**